```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, ET AL.,
                                          20-cv-1850 (JGK)
            Plaintiffs,
                                          ORDER
      - against -

LO SARDO GENERAL CONTRACTORS, INC.,

            Defendant.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by **May 8, 2020**.

**SO ORDERED.**

Dated:   New York, New York
         April 23, 2020         ___/s/ John G. Koeltl_____
                                   **John G. Koeltl**
                                **United States District Judge**