UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, ET AL.

        Plaintiffs,

- against -

LO SARDO GENERAL CONTRACTORS, INC.

        Defendant.
---

20 cv 1850 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The parties should submit a status report by **November 20, 2020**, including any request for court intervention.

    SO ORDERED.

Dated:    New York, New York
            October 29, 2020

                                   /s/ John G. Koeltl
                                    John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10·29·20